Harry J. ALKER, Jr., Appellant,

v.

FIDELITY–PHILADELPHIA TRUST COMPANY, Trustee and Butcher and Sherrerd.

No. 11385.

United States Court of Appeals, Third Circuit.

Argued Jan. 3, 1955.

Decided Jan. 17, 1955.

Harry J. Alker, Jr., Philadelphia, Pa. (Edwin Hall, 2nd, Alfred D. Bruce, Francis E. Walter, Philadelphia, Pa., on the brief), for appellant.

Richard C. Bull, Philadelphia, Pa. (Thomas Raeburn White, Philadelphia, Pa., Howard H. Rapp, Philadelphia, Pa., on the brief), for appellees.

Before BIGGS, Chief Judge, and MARIS, GOODRICH, McLAUGHLIN, KALODNER, STALEY and HASTIE, Circuit Judges.

PER CURIAM.

We find no error. The judgment of the court below will be affirmed on the opinion of Judge Follmer, D.C., 127 F. Supp. 538.

INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, Plaintiff-Appellant,

v.

TOWN OF MILFORD and John E. Philo, Defendants-Appellees.

No. 61, Docket 23158.

United States Court of Appeals, Second Circuit.

Argued Dec. 7, 1954.

Decided Dec. 31, 1954.

Morris Tyler, New Haven, Conn. (John H. Filer and Gumbart, Corbin, Tyler & Cooper, New Haven, Conn., on the brief), for plaintiff-appellant.

Richard H. Lynch, Milford, Conn., for defendants-appellees.

Before CLARK, Chief Judge, and MEDINA and HARLAN, Circuit Judges.

PER CURIAM.

Judgment affirmed on the opinion of District Judge Smith, 127 F.Supp. 394.